IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | 5:18 CR 580 |
| v. | ) | CASE NO. _____ |
| | ) | Title 18, Section 876(c), United States Code |
| SHAWN R. MARSHALL, | ) | |
| Defendant. | ) | |

COUNT 1  **JUDGE OLIVER**
(Mailing threatening communications, in violation of 18 U.S.C. § 876(c))

The Grand Jury charges:

On or about April 18, 2016, in the Northern District of Ohio, the defendant, SHAWN R. MARSHALL, did knowingly cause to be delivered by the Postal Service according to the directions thereon, a communication, postmarked April 14, 2016, addressed to the Akron Municipal Court, and containing a threat to injure those individuals therein to wit: "After I get out shortly, I look forward to strapping a bomb to my body and walking into your municipal courthouse and being America's first suicide bomber." All in violation of Title 18, United States Code, Section 876(c).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.